IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THOMAS COLT,

      Petitioner,                  No. CIV S-11-1742 EFB P

    vs.

GARY SWARTHOUT,

ORDER

      Respondent.

_____/

      Petitioner is a state prisoner proceeding without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Petitioner challenges the decision of the California Board of Parole Hearings to deny him parole at a 2009 parole consideration hearing. Pet. at 6.[1] He claims that the Board's decision was unconstitutional because it denied parole for seven years pursuant to Marsy's Law, in violation of the Ex Post Facto Clause. *Id.* at 11. On October 3, 2011, the court recommended petitioner's writ of habeas corpus be dismissed because petitioner is already a member of a class action – *Gilman v. Fisher*, No. Civ. S-05-0830 LKK GGH – which addresses the same issues. Dckt. No. 7 at 2, 5. Currently before the court is petitioner's motion to stay. Dckt. No. 10. For the reasons explained below, petitioner's request is denied.

---

[1] For ease of reference, all references to page numbers in the petition are to those assigned via the court's electronic filing system.

1

1     Petitioner requests to stay the proceedings pending the outcome of two cases before the California Supreme Court: *In re Vicks*, 195 Cal.App.4th 475, 125 Cal.Rptr. 3d 627 (2011), *reh'g denied* (June 3, 2011), *review granted and opinion superseded,* 255 P.3d 952 (Cal. 2011), and *In re Reed*, D058592, 2011 WL 3035393 (Cal.Ct.App. July 25, 2011), *review granted* (Oct. 12, 2011). *Id.* at 1. Petitioner contends the California Court of Appeal found in both cases that Marsy's law violated the Ex Post Facto Clause. *Id.* But this court has already held that petitioner's rights will be "fully protected by his participation as a class member" in *Gilman*. Dckt. No. 7 at 4. Thus, any influence that these two California Supreme Court cases may have on petitioner's claim is properly addressed in the *Gilman* action.

    In the alternative, petitioner requests an extension of time to file objections to this court's October 4 findings and recommendations.

    Accordingly, IT IS HEREBY ORDERED:

    1. Petitioner's motion to stay is denied; and

    2. Petitioner's motion for extension of time to file objections is granted. Petitioner may file his objections within 30 days of the date of this order.

Dated: November 30, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2